## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7028 | **DATE** | 10/29/2002 |
| **CASE TITLE** | Leonard Meschino vs. People of the State of Illinois | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due ___.
(3) ☐ Answer brief to motion due___. Reply to answer brief due___.
(4) ☐ Ruling/Hearing on ___ set for ___ at ___.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ___ set for ___ at ___.
(7) ☐ Trial[set for/re-set for] on ___ at ___.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ___ at ___.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly the Opinion is modified to the extent the Meschino is ordered to pay the sum of $5 (and not $150) as a filing fee for this already-dismissed action, and a copy of this memorandum order is being transmitted to the Cook County Department of Corrections so that it can remit that amount out of Meschino's jail trust fund account.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | OCT 30 2002 | 5 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | 10/29/2002 date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |
| | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
**OCT 3 0 2002**

| | |
|---|---|
| LEONARD MESCHINO #20020040851, | ) |
| Plaintiff, | ) |
| v. | ) No. 02 C 7028 |
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| Defendant. | ) |

<u>MEMORANDUM ORDER</u>

In conjunction with this Court's sua sponte dismissal of the action that had been brought pro se by Leonard Meschino ("Meschino") under the above caption and case number, its October 4, 2002 memorandum opinion and order ("Opinion") complied with the mandate of 28 U.S.C. §1915 ("Section 1915") by ordering Meschino to pay the $150 filing fee in installments as required for all prisoner litigation. Now Meschino has filed another self-prepared document, this one captioned "In Response to Memorandum Opinion and Order--Motion To Reconsider Filing Fee." Based on Meschino's current filing, this Court will give him the benefit of the doubt (a considerable doubt, to be sure) by reducing his filing fee obligation to the modest $5 amount that applies to federal habeas corpus actions.

As the Opinion made plain, it was really an understatement to characterize Meschino's original filing of this action as "a hodgepodge of assertions against what appear to be several targets" (Opinion at 1) and as posing a situation of "chaos"



(id.) in legal terms. On that score this Court was compelled, because Meschino had not done so, to try to draw some order out of what he had submitted (among other things, his filing never really identified his claim for relief).

Now Meschino contends that his initial filing "would more clearly be entitled to habeas corpus petition." Because it is certainly true that Meschino had never really made clear just what he was trying to accomplish through the federal court system, this Court will accept that belated attempt on his part to characterize his original effort. Accordingly the Opinion is modified to the extent that Meschino is ordered to pay the sum of $5 (and not $150) as a filing fee for this already-dismissed action, and a copy of this memorandum order is being transmitted to the Cook County Department of Corrections so that it can remit that amount out of Meschino's jail trust fund account.[1]

Milton I. Shadur
Senior United States District Judge

Date: October 29, 2002

---

[1] That remittance should be sent to this District Court's Clerk's Office Fiscal Department at 219 South Dearborn Street, Chicago IL 60604. It should also reflect Meschino's name and the case number (02 C 7028) so that the Clerk's Office may credit the payment correctly.